UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CYNTHIA ANN SCHMIDT
         WOODROW PAUL SCHMIDT, JR

                Debtor(s)                           CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE                         CASE NO: 1-17-01806-HWV
                Movant

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 16, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on April 30, 2017.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                        Respectfully submitted,
                                         s/ Charles J. DeHart, III
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036
                                        (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CYNTHIA ANN SCHMIDT        CHAPTER 13
WOODROW PAUL SCHMIDT, JR

CASE NO: 1-17-01806-HWV

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on April 30, 2017.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

        Date:        **June 14, 2017**
        Time:        **09:30 AM**
        Location:   **Ronald Reagan Federal Bldg**
                           **Bankruptcy Courtroom, 3rd Floor**
                           **228 Walnut Street**
                           **Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **May 30, 2017**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                                             Respectfully submitted,
                                                             s/ Charles J. DeHart, III
                                                             Standing Chapter 13 Trustee
                                                             8125 Adams Drive, Suite A
                                                             Hummelstown, PA 17036

Dated: May 16, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CYNTHIA ANN SCHMIDT
WOODROW PAUL SCHMIDT, JR

CHAPTER 13

Debtor(s)

CASE NO: 1-17-01806-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on May 16, 2017.

DAWN MARIE CUTAIA, ESQUIRE
115 EAST PHILADELPHIA STREET
YORK, PA 17401-

CYNTHIA ANN SCHMIDT
WOODROW PAUL SCHMIDT, JR
691 SILVER MAPLE CIRCLE
SEVEN VALLEYS, PA 17360

Respectfully submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: May 16, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CYNTHIA ANN SCHMIDT
WOODROW PAUL SCHMIDT, JR

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-01806-HWV

vs.

CYNTHIA ANN SCHMIDT
WOODROW PAUL SCHMIDT, JR

MOTION TO DISMISS

    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.