# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : |
|---|---|
| | : 1:17-bk-01806-HWV |
| | : Chapter 13 |
| Cynthia Ann Schmidt and Woodrow Paul Schmidt, JR | |

## Objection to Trustee's Motion to Dismiss

1. Debtors filed a Chapter 13 Bankruptcy Petition.

2. Debtors didn't file their Plan at the time their petition was filed and a motion to dimiss was filed by the Trustee.

3. Debtors have since filed their Plan, which was filed on May 25, 2017, document number 13.

WHEREFORE, Debtors respectfully request this Honorable Court deny the Trustee's Motion to Dismiss.

Date: 5/30/2017

Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor
115 E. Philadelphia St.
York, PA 17401
(717)304-1841
dmcutaia@gmail.com