Certificate Number: 17082-PAM-DE-029639161

Bankruptcy Case Number: 17-01806



17082-PAM-DE-029639161

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on July 26, 2017, at 3:23 o'clock PM MST, CYNTHIA SCHMIDT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | | |
|---|---|---|
| Date: July 26, 2017 | By: | /s/Orsolya K Lazar |
| | Name: | Orsolya K Lazar |
| | Title: | Executive Director |