Certificate Number: 17082-PAM-DE-029639160

Bankruptcy Case Number: 17-01806



17082-PAM-DE-029639160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 26, 2017, at 3:23 o'clock PM MST, WOODROW SCHMIDT Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 26, 2017   By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director