UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CYNTHIA ANN SCHMIDT and : CHAPTER 13
WOODROW PAUL SCHMIDT, JR. :
   Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
 :
   vs. :
 :
CYNTHIA ANN SCHMIDT and :
WOODROW PAUL SCHMIDT, JR. :
   Respondent(s) : CASE NO. 1-17-bk-01806

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 27th day of July, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

     2. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

     a. Residential real estate

     3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

     a. Paystub for month ending July 31, 2017.
     b. Current Profit and Loss Statement for seven (7) months of 2017.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

     Respectfully submitted:

     /s/Charles J. DeHart, III
     Standing Chapter 13 Trustee
     8125 Adams Drive, Suite A
     Hummelstown, PA 17036
     (717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 2nd day of August, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Cutaia, Esquire
115 E. Philadelphia Street
York, PA 17401

             /s/Deborah A. Behney
             Office of Charles J. DeHart, III
             Standing Chapter 13 Trustee