```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                         Case No. 17-01806-HWV
Cynthia Ann Schmidt                                            Chapter 13
Woodrow Paul Schmidt, JR
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: MMchugh           Page 1 of 1           Date Rcvd: Jul 31, 2017
                              Form ID: ntcnfhrg       Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db/jdb         +Cynthia Ann Schmidt,    Woodrow Paul Schmidt, JR,   691 Silver Maple Circle,
                 Seven Valleys, PA 17360-8979
4915766        +Americollect,    PO Box 1505,    Manitowoc, WI 54221-1505
4947490         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
4915769        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
4915772         Internal Revenue Service,    Andover, MA 01810-9041
4915773        +Jacobus Ambulance,    PO Box 726,    New Cumberland, PA 17070-0726
4915776        +Members First Credit Union,    2145 White Street,    York, PA 17404-4954
4915777         Peerless Credit Services, Inc.,    PO Box 518,    Middletown, PA 17057-0518
4915778        +Principal Financial Group,    P.o. Box 9394,    Des Moines, IA 50306-9394
4915779        +Wellspan Health,    1001 S. George Street,    York, PA 17403-3676
4915780        +York Adams Tax Claim Bureau,    PO Box 15627,    York, PA 17405-0156
4915781        +York Hospital,    1001 S. George Street,    York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4915767        +E-mail/Text: banko@berkscredit.com Jul 31 2017 19:05:21     Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
4915770        +E-mail/Text: dstewart@firstfinancial.org Jul 31 2017 19:05:25     First Financial FCU,
                 1215 York Road,    Lutherville, MD 21093-6207
4915771        +E-mail/Text: dstewart@firstfinancial.org Jul 31 2017 19:05:25     First Financial Of Md,
                 1215 York Rd,    Lutherville, MD 21093-6207
4915774        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 31 2017 19:05:14     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
4948532         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2017 19:10:12
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4940400        +E-mail/Text: camanagement@mtb.com Jul 31 2017 19:05:22     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 1288,    Buffalo, NY 14240-1288
4915775         E-mail/Text: camanagement@mtb.com Jul 31 2017 19:05:22     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
4937825        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2017 19:18:49     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4915768        Cap1/bstby
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Cynthia Ann Schmidt dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Joint Debtor Woodrow Paul Schmidt, JR dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Cynthia Ann Schmidt<br>Woodrow Paul Schmidt JR<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:17−bk−01806−HWV |
|---|---|

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**August 30, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: September 13, 2017<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 31, 2017 |