In re:                                                          Case No. 17-01806-HWV
Cynthia Ann Schmidt                                             Chapter 13
Woodrow Paul Schmidt, JR
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: MMchugh        Page 1 of 1            Date Rcvd: Sep 06, 2017
                           Form ID: ordsmiss      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db/jdb          +Cynthia Ann Schmidt,   Woodrow Paul Schmidt, JR,   691 Silver Maple Circle,
                 Seven Valleys, PA 17360-8979
4915766         +Americollect,    PO Box 1505,   Manitowoc, WI 54221-1505
4915769         +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
                 Saint Louis, MO 63179-0040
4915772          Internal Revenue Service,   Andover, MA 01810-9041
4915773         +Jacobus Ambulance,   PO Box 726,   New Cumberland, PA 17070-0726
4915776         +Members First Credit Union,   2145 White Street,   York, PA 17404-4954
4915777          Peerless Credit Services, Inc.,   PO Box 518,   Middletown, PA 17057-0518
4915778         +Principal Financial Group,   Po Box 9394,   Des Moines, IA 50306-9394
4960344         +Springfield Township York County Sewer Authority,   P.O. Box 75,   Seven Valleys, PA 17360-0075
4915779         +Wellspan Health,   1001 S. George Street,   York, PA 17403-3676
4915780         +York Adams Tax Claim Bureau,   PO Box 15627,   York, PA 17405-0156
4915781         +York Hospital,   1001 S. George Street,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4915767         +E-mail/Text: banko@berkscredit.com Sep 06 2017 18:50:06       Berks Credit & Collections,
                 Po Box 329,   Temple, PA 19560-0329
4947490          EDI: BL-BECKET.COM Sep 06 2017 18:58:00       Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
4915770         +E-mail/Text: dstewart@firstfinancial.org Sep 06 2017 18:50:07       First Financial FCU,
                 1215 York Road,   Lutherville, MD 21093-6207
4915771         +E-mail/Text: dstewart@firstfinancial.org Sep 06 2017 18:50:08       First Financial Of Md,
                 1215 York Rd,   Lutherville, MD 21093-6207
4915774         +EDI: CBSKOHLS.COM Sep 06 2017 18:58:00       Kohls/Capital One,   Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
4948532          EDI: RESURGENT.COM Sep 06 2017 18:58:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
4940400         +E-mail/Text: camanagement@mtb.com Sep 06 2017 18:50:07       Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,   PO Box 1288,   Buffalo, NY 14240-1288
4915775          E-mail/Text: camanagement@mtb.com Sep 06 2017 18:50:07       M & T Bank,   Po Box 844,
                 Buffalo, NY 14240
4937825         +EDI: AIS.COM Sep 06 2017 18:53:00       Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                      TOTAL: 9

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4915768          Cap1/bstby
                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
              Dawn Marie Cutaia   on behalf of Debtor Cynthia Ann Schmidt dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia   on behalf of Joint Debtor Woodrow Paul Schmidt, JR dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt   on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Cynthia Ann Schmidt
Woodrow Paul Schmidt JR

**Debtor(s)**

Chapter          13

Case No.         1:17–bk–01806–HWV

### Order

    **IT IS ORDERED** that the above–named case is hereby dismissed for debtor(s) failure to comply with Order dated May 1, 2017.

Dated:  September 6, 2017

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk