# United States Bankruptcy Court
# Middle District of Pennsylvania

| | |
|---|---|
| Cynthia Ann Schmidt<br>and<br>Woodrow Paul Schmidt, JR<br><br>Debtors | No. 1:17-bk-01806-HWV |
| Cynthia Ann Schmidt<br>and<br>Woodrow Paul Schmidt, JR<br><br>Movants | Chapter 13 |

## MOTION TO RECONSIDER ORDER CLOSING CASE

AND NOW, this 18th day of September, 2017, the Debtors, by and through counsel, request that the above-captioned case be reopened pursuant to 11 U.S.C. § 350(b) in order to accord relief to the Debtors and in support tthiereof avers as follows:

1. The Debtors filed bankruptcy pursuant to Chapter 13 of the Bankruptcy Code on April 30, 2017.
2. Debtors filed an Application to Pay Filing Fee in Installments, which was granted.
3. Debtor mistakenly failed to make the installment payments.
4. On September 8, 2017, Debtors' case was closed for failure to pay the filing fee.
5. Debtors paid the filing fee in full on September 15, 2017.
6. The interests of justice would be served by reopening Debtors' case to accord Debtors the relief originally sought.

WTHIEREFORE, Debtors requests this Honorable Court reconsider its Order of September 8, 2017, and open Debtors' case and for such otthier relief as may be just and proper.

                                Respectfully Submitted:

                                  /s/ Dawn M. Cutaia
                                  Counsel for Debtors
                                  PA Supreme Court ID 77965

Case 1:17-bk-01806-HWV    Doc 30    Filed 09/18/17    Entered 09/18/17 22:34:44    Desc
Main Document    Page 2 of 3

# United States Bankruptcy Court
# Middle District of Pennsylvania

| | |
|---|---|
| Cynthia Ann Schmidt<br>and<br>Woodrow Paul Schmidt, JR<br><br>Debtors | No. 1:17-bk-01806-HWV |
| Cynthia Ann Schmidt<br>and<br>Woodrow Paul Schmidt, JR<br><br>Movant | Chapter 13 |

## ORDER APPROVING MOTION TO RECONSIDER

Upon consideration of Debtors' Motion to Reopen Case, Debtors' Motion is hereby GRANTED and Debtors' case is reinstated.