UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CYNTHIA ANN SCHMIDT
      WOODROW PAUL SCHMIDT, JR

CASE NO: 1:17-bk-01806-HWV

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

---

On 9/26/2017, I did cause a copy of the following documents, described below,

passive 14 day notice and motion,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/26/2017

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E. Philadelphia Street
York, PA  17401
717 304 1841
dmcutaia@gmail.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CYNTHIA ANN SCHMIDT
        WOODROW PAUL SCHMIDT, JR

CASE NO: 1:17-bk-01806-HWV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 9/26/2017, a copy of the following documents, described below,

passive 14 day notice and motion,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/26/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E. Philadelphia Street
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-01806-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
TUE SEP 26 08-36-54 EDT 2017

2 AMERICOLLECT
PO BOX 1505
MANITOWOC WI 54221-1505

3 BERKS CREDIT  COLLECTIONS
PO BOX 329
TEMPLE PA 19560-0329

4 CAP1BSTBY
PO BOX 30253
SALT LAKE CITY UT 84130-0253

5 CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

6 CITICARDS CBNA
CITICORP CREDIT SVCCENTRALIZED
BANKRUPT
PO BOX 790040
SAINT LOUIS MO 63179-0040

*EXCLUDE*

~~7 DAWN MARIE CUTAIA~~
~~CUTAIA LAW LLC~~
~~115 EAST PHILADELPHIA STREET~~
~~YORK~~
~~YORK PA 17401 2437~~

8 CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

9 FIRST FINANCIAL FCU
1215 YORK ROAD
LUTHERVILLE MD 21093-6207

10 FIRST FINANCIAL OF MD
1215 YORK RD
LUTHERVILLE MD 21093-6207

11 INTERNAL REVENUE SERVICE
ANDOVER MA 018109041

12 JACOBUS AMBULANCE
PO BOX 726
NEW CUMBERLAND PA 17070-0726

13 KOHLSCAPITAL ONE
KOHLS CREDIT
PO BOX 3043
MILWAUKEE WI 53201-3043

14 LVNV FUNDING LLC ITS SUCCESSORS AND
ASSIGNS
ASSIGNEE OF CITIBANK NA
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

15 LAKEVIEW LOAN SERVICING LLC
CO MT BANK
PO BOX 1288
BUFFALO NY 14240-1288

16 MT BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

17 MEMBERS FIRST CREDIT UNION
2145 WHITE STREET
YORK PA 17404-4954

18 PEERLESS CREDIT SERVICES INC
PO BOX 518
MIDDLETOWN PA 17057-0518

*DEBTOR*

19 PRINCIPAL FINANCIAL GROUP
PO BOX 9394
DES MOINES IA 50306-9394

20 CYNTHIA ANN SCHMIDT
691 SILVER MAPLE CIRCLE
SEVEN VALLEYS PA 17360-8979

21 WOODROW PAUL SCHMIDT JR
691 SILVER MAPLE CIRCLE
SEVEN VALLEYS PA 17360-8979

22 SPRINGFIELD TOWNSHIP YORK COUNTY
SEWER AUTHO
PO BOX 75
SEVEN VALLEYS PA 17360-0075

23 UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

24 VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

25 JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADELPHIA PA 19106-1541

26 WELLSPAN HEALTH
1001 S GEORGE STREET
YORK PA 17403-3676

27 YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 YORK HOSPITAL
1001 S GEORGE STREET
YORK PA 17403-3645