```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                    Case No. 17-01806-HWV
Cynthia Ann Schmidt                                                       Chapter 13
Woodrow Paul Schmidt, JR
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh              Page 1 of 1               Date Rcvd: Oct 13, 2017
                             Form ID: ntcnfhrg          Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
```
db/jdb       +Cynthia Ann Schmidt,   Woodrow Paul Schmidt, JR,    691 Silver Maple Circle,
              Seven Valleys, PA 17360-8979
4915766      +Americollect,   PO Box 1505,   Manitowoc, WI 54221-1505
4915768      +Cap1/bstby,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
4947490       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
4915769      +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
              Saint Louis, MO 63179-0040
4915772       Internal Revenue Service,   Andover, MA 01810-9041
4915773      +Jacobus Ambulance,   PO Box 726,   New Cumberland, PA 17070-0726
4915776      +Members First Credit Union,   2145 White Street,   York, PA 17404-4954
4915777       Peerless Credit Services, Inc.,   PO Box 518,   Middletown, PA 17057-0518
4915778      +Principal Financial Group,   P.o. Box 9394,   Des Moines, IA 50306-9394
4960344      +Springfield Township York County Sewer Authority,   P.O. Box 75,   Seven Valleys, PA 17360-0075
4915779      +Wellspan Health,   1001 S. George Street,   York, PA 17403-3676
4915780      +York Adams Tax Claim Bureau,   PO Box 15627,   York, PA 17405-0156
4915781      +York Hospital,   1001 S. George Street,   York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4915767      +E-mail/Text: banko@berkscredit.com Oct 13 2017 18:57:27    Berks Credit & Collections,
              Po Box 329,   Temple, PA 19560-0329
4915770      +E-mail/Text: dstewart@firstfinancial.org Oct 13 2017 18:57:30    First Financial FCU,
              1215 York Road,   Lutherville, MD 21093-6207
4915771      +E-mail/Text: dstewart@firstfinancial.org Oct 13 2017 18:57:30    First Financial Of Md,
              1215 York Rd,   Lutherville, MD 21093-6207
4915774      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2017 18:57:23    Kohls/Capital One,
              Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
4948532       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2017 19:05:40
              LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4940400      +E-mail/Text: camanagement@mtb.com Oct 13 2017 18:57:29    Lakeview Loan Servicing, LLC,
              c/o M&T Bank,   PO Box 1288,   Buffalo, NY 14240-1288
4915775       E-mail/Text: camanagement@mtb.com Oct 13 2017 18:57:29    M & T Bank,   Po Box 844,
              Buffalo, NY 14240
4937825      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2017 19:05:40    Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Woodrow Paul Schmidt, JR dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Cynthia Ann Schmidt dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Cynthia Ann Schmidt
Woodrow Paul Schmidt JR

Debtor(s)

Chapter 13

Case No. 1:17−bk−01806−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is rescheduled for the date indicated below.

**November 12, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 22, 2017 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 13, 2017 |