United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Cynthia Ann Schmidt
Woodrow Paul Schmidt, JR
      Debtors

Case No. 17-01806-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: MMchugh      Page 1 of 1      Date Rcvd: Oct 13, 2017
                     Form ID: pdf010      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.

```
db/jdb        +Cynthia Ann Schmidt,   Woodrow Paul Schmidt, JR,   691 Silver Maple Circle,
               Seven Valleys, PA 17360-8979
4915766       +Americollect,   PO Box 1505,   Manitowoc, WI 54221-1505
4915768       +Capl/bstby,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
4947490        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
4915769       +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
               Saint Louis, MO 63179-0040
4915772        Internal Revenue Service,   Andover, MA 01810-9041
4915773       +Jacobus Ambulance,   PO Box 726,   New Cumberland, PA 17070-0726
4915776       +Members First Credit Union,   2145 White Street,   York, PA 17404-4954
4915777        Peerless Credit Services, Inc.,   PO Box 518,   Middletown, PA 17057-0518
4915778       +Principal Financial Group,   Po Box 9394,   Des Moines, IA 50306-9394
4960344       +Springfield Township York County Sewer Authority,   P.O. Box 75,   Seven Valleys, PA 17360-0075
4915779       +Wellspan Health,   1001 S. George Street,   York, PA 17403-3676
4915780       +York Adams Tax Claim Bureau,   PO Box 15627,   York, PA 17405-0156
4915781       +York Hospital,   1001 S. George Street,   York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4915767       +E-mail/Text: banko@berkscredit.com Oct 13 2017 18:57:27        Berks Credit & Collections,
               Po Box 329,   Temple, PA 19560-0329
4915770       +E-mail/Text: dstewart@firstfinancial.org Oct 13 2017 18:57:30        First Financial FCU,
               1215 York Road,   Lutherville, MD 21093-6207
4915771       +E-mail/Text: dstewart@firstfinancial.org Oct 13 2017 18:57:31        First Financial Of Md,
               1215 York Rd,   Lutherville, MD 21093-6207
4915774       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2017 18:57:24        Kohls/Capital One,
               Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
4948532        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2017 19:05:59
               LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4940400       +E-mail/Text: camanagement@mtb.com Oct 13 2017 18:57:29        Lakeview Loan Servicing, LLC,
               c/o M&T Bank,   PO Box 1288,   Buffalo, NY 14240-1288
4915775        E-mail/Text: camanagement@mtb.com Oct 13 2017 18:57:29        M & T Bank,   Po Box 844,
               Buffalo, NY 14240
4937825       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2017 19:05:49        Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                         TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Dawn Marie Cutaia   on behalf of Debtor 2 Woodrow Paul Schmidt, JR dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia   on behalf of Debtor 1 Cynthia Ann Schmidt dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt   on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 5
```

## United States Bankruptcy Court
## Middle District of Pennsylvania

| | |
|---|---|
| Cynthia Ann Schmidt<br>and<br>Woodrow Paul Schmidt, JR<br><br>Debtors | No. 1:17-bk-01806-HWV |
| Cynthia Ann Schmidt<br>and<br>Woodrow Paul Schmidt, JR<br><br>Movant | Chapter 13 |

## ORDER APPROVING MOTION TO RECONSIDER

Upon consideration of Debtors' Motion to Reopen Case, Debtors'
Motion is hereby GRANTED and Debtors' case is reinstated.

By the Court,

Henry W. Van Eck, Bankruptcy Judge

(KB)

Dated: October 13, 2017