UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: CYNTHIA SCHMIDT    WOODROW SCHMIDT, JR | CASE NO: 17-1806  **DECLARATION OF MAILING CERTIFICATE OF SERVICE**  Chapter: 13 |
|---|---|

On 4/18/2018, I did cause a copy of the following documents, described below,

notice and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/18/2018

/s/ Dawn Cutaia
Dawn Cutaia

Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CYNTHIA SCHMIDT
WOODROW SCHMIDT, JR

CASE NO: 17-1806

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/18/2018, a copy of the following documents, described below,

notice and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/18/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-01806-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
WED APR 18 10-33-08 EDT 2018

AMERICOLLECT
PO BOX 1505
MANITOWOC WI 54221-1505

BERKS CREDIT COLLECTIONS
PO BOX 329
TEMPLE PA 19560-0329

CAP1BSTBY
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

CITICARDS CBNA
CITICORP CREDIT SVCCENTRALIZED
BANKRUPT
PO BOX 790040
SAINT LOUIS MO 63179-0040

DAWN MARIE CUTAIA
PUGH AND CUTAIA PLLC
115 E PHILADELPHIA STREET
YORK PA 17401-2437

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

FIRST FINANCIAL FCU
1215 YORK ROAD
LUTHERVILLE MD 21093-6207

FIRST FINANCIAL OF MD
1215 YORK RD
LUTHERVILLE MD 21093-6207

INTERNAL REVENUE SERVICE
ANDOVER MA 018109041

JACOBUS AMBULANCE
PO BOX 726
NEW CUMBERLAND PA 17070-0726

KOHLSCAPITAL ONE
KOHLS CREDIT
PO BOX 3043
MILWAUKEE WI 53201-3043

LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS
ASSIGNEE OF CITIBANK NA
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAKEVIEW LOAN SERVICING LLC
CO MT BANK
PO BOX 1288
BUFFALO NY 14240-1288

MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MEMBERS FIRST CREDIT UNION
2145 WHITE STREET
YORK PA 17404-4954

PEERLESS CREDIT SERVICES INC
PO BOX 518
MIDDLETOWN PA 17057-0518

PRINCIPAL FINANCIAL GROUP
PO BOX 9394
DES MOINES IA 50306-9394

DEBTOR
CYNTHIA ANN SCHMIDT
691 SILVER MAPLE CIRCLE
SEVEN VALLEYS PA 17360-8979

WOODROW PAUL SCHMIDT JR
691 SILVER MAPLE CIRCLE
SEVEN VALLEYS PA 17360-8979

SPRINGFIELD TOWNSHIP YORK COUNTY SEWER AUTHO
PO BOX 75
SEVEN VALLEYS PA 17360-0075

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

WELLSPAN HEALTH
1001 S GEORGE STREET
YORK PA 17403-3676

YORK ADAMS TAX BUREAU
PO BOX 15627
YORK PA 17405-0156

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
YORK ADAMS TAX CLAIM BUREAU         YORK HOSPITAL
PO BOX 15627                        1001 S GEORGE STREET
YORK PA 17405-0156                  YORK PA 17403-3645
```