**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CYNTHIA ANN SCHMIDT<br>WOODROW PAUL SCHMIDT, JR<br><br>                       Debtor(s)<br><br>SPRINGFIELD TOWNSHIP, YORK COUNTY SEWER AUTHORITY<br><br>                       Movant<br><br>                       v.<br>CYNTHIA ANN SCHMIDT<br>WOODROW PAUL SCHMIDT, JR<br><br><br>                       Respondent(s)<br><br>CHARLES J. DEHART, III, CHAPTER 13 TRUSTEE<br>                       Trustee/Respondent | Chapter 13<br><br>1:17-bk-01806-HWV<br><br>Answer |

## **ANSWER**

     **AND NOW**, this 24th day of January 2020, the Debtors, Cynthia Ann Schmidt and Woodrow Paul Schmidt, JR, by and through counsel, Dawn M. Cutaia, files this Answer to the Motion for Relief from Stay filed by SPRINGFIELD TOWNSHIP, YORK COUNTY SEWER AUTHORITY:

    1.    Admitted.
    2.    Admitted.
    3.    Admitted.
    4.    Admitted.
    5.    Admitted.
    6.    Admitted.
    7.    Admitted.
    8.    Denied.
    9.    Denied.
    10.   Denied.

**WHEREFORE**, the Debtors respectfully request this Honorable Court and allow Debtors to roll the arrears into an Amended Plan

Respectfully Submitted,

Date: February 7, 2020

By: **/s/ Dawn M. Cutaia**

Supreme Court ID 77965

Attorney for Debtor(s)
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841