IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cynthia Ann Schmidt<br>Woodrow Paul Schmidt JR<br>　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>　　　　Movant<br>　　V.<br><br>Cynthia Ann Schmidt<br>Woodrow Paul Schmidt JR<br>　　　　Respondent(s)<br><br>Jack Zaharopoulus,<br>　　　　Trustee/Respondent | Chapter 13<br><br>1:17-bk-01806-HWV |

**PRAECIPE TO WITHDRAW ANSWER**

**To the Clerk:**

Kindly withdraw the Answer filed in the above referenced matter, Docket Number: 108.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　By: **/s/ Dawn M. Cutaia**
　　　　　　　　　　　　　　　　　　　　Supreme Court ID 77965
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　cutaialaw@gmail.com
　　　　　　　　　　　　　　　　　　　　717-304-1841