# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Cynthia Ann Schmidt
   Woodrow Paul Schmidt, Jr

Case No.: 1-17-01806HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | MidFirst Bank |
| Court Claim Number: | 5 |
| Last Four of Loan Number: | 1443 |
| Property Address if applicable: | 691 Silver Maple Circle |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $6,491.65 |
| b. | Prepetition arrearages paid by the trustee: | $6,491.65 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,310.87 |
| f. | Postpetition arrearage paid by the trustee: | $5,310.87 |
| g. | Total b, d, and f: | $11,802.52 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  July 19, 2023

                                                    Respectfully submitted,

                                                   /s/ Jack N. Zaharopoulos
                                                 Standing Chapter 13 Trustee
                                                 Suite A, 8125 Adams Drive
                                                 Hummelstown, PA  17036
                                                 Phone:  (717) 566-6097
                                                 Fax:  (717) 566-8313
                                                 email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Cynthia Ann Schmidt  Case No.: 1-17-01806HWV
Woodrow Paul Schmidt, Jr

Chapter 13

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 19, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market St
York PA 17404

**Served by First Class Mail**
Midfirst Bank
999 NW Grand Blvd Suite 100
Oklahoma City OK 73118

Cynthia Ann Schmidt
Woodrow Paul Schmidt, Jr
691 Silver Maple Circle
Seven Valleys PA 17360

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 19, 2023   /s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-01806  **CYNTHIA ANN SCHMIDT**

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK  73′

Sequence: 24
Modify:
Filed Date:
Hold Code: O

Acct No: 1443/POST ARREARS/691 SILV

POST PETITION ARREARS  3RD AP    04/22 AMENDED MFR #115 6/23

Amt Sched:  $0.00
Amt Due:  $0.00
Debt:  $6,864.48
Paid:  $5,310.87
Interest Paid:  $0.00
Accrued Int:  $0.00
Balance Due:  $1,553.61

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **MIDFIRST BANK** | | | | | | | |
| 521-0 | MIDFIRST BANK | | 06/13/2023 | 2025964 | $265.73 | $0.00 | $265.73 | |
| 521-0 | M & T BANK | | 04/18/2023 | 9016175 | $255.30 | $0.00 | $255.30 | 04/19/2023 |
| 521-0 | M & T BANK | | 03/15/2023 | 9015971 | $365.02 | $0.00 | $365.02 | 03/15/2023 |
| 521-0 | M & T BANK | | 01/18/2023 | 9015561 | $486.68 | $0.00 | $486.68 | 01/18/2023 |
| 521-0 | M & T BANK | | 11/16/2022 | 9015146 | $486.68 | $0.00 | $486.68 | 11/16/2022 |
| 521-0 | M & T BANK | | 10/18/2022 | 9014929 | $1,000.04 | $0.00 | $1,000.04 | 10/18/2022 |
| 521-0 | M & T BANK | | 08/17/2022 | 9014508 | $513.36 | $0.00 | $513.36 | 08/18/2022 |
| 521-0 | M & T BANK | | 07/13/2022 | 9014291 | $513.36 | $0.00 | $513.36 | 07/13/2022 |
| 521-0 | M & T BANK | | 06/14/2022 | 9014083 | $477.78 | $0.00 | $477.78 | 06/14/2022 |
| 521-0 | M & T BANK | | 05/17/2022 | 9013870 | $477.78 | $0.00 | $477.78 | 05/17/2022 |
| 521-0 | M & T BANK | | 04/12/2022 | 9013657 | $469.14 | $0.00 | $469.14 | 04/12/2022 |

Sub-totals: $5,310.87    $0.00  $5,310.87

Grand Total: $5,310.87    $0.00

# Disbursements for Claim

**Case:** 17-01806    CYNTHIA ANN SCHMIDT

**MIDFIRST BANK**
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD,
OKLAHOMA CITY, OK 73'

Sequence: 24
Modify:
Filed Date: 9/29/2017 12:00:00AM
Hold Code: O

Acct No: 1443/PRE ARREARS/691 SILVE

MFR # 115 6/23

|  | Amt Sched: | $241,865.00 | Debt: | $8,390.68 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $6,491.65 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $1,899.03 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **MIDFIRST BANK** |  |  |  |  |  |  |  |
| 520-0 | MIDFIRST BANK |  | 06/13/2023 | 2025964 | $324.81 | $0.00 | $324.81 |  |
| 520-0 | M & T BANK |  | 04/18/2023 | 9016175 | $312.06 | $0.00 | $312.06 | 04/19/2023 |
| 520-0 | M & T BANK |  | 03/15/2023 | 9015971 | $164.09 | $0.00 | $164.09 | 03/15/2023 |
| 520-0 | M & T BANK |  | 02/16/2022 | 9013216 | $645.72 | $0.00 | $645.72 | 02/16/2022 |
| 520-0 | M & T BANK |  | 01/19/2022 | 9012993 | $645.71 | $0.00 | $645.71 | 01/19/2022 |
| 520-0 | M & T BANK |  | 12/15/2021 | 9012752 | $645.71 | $0.00 | $645.71 | 12/15/2021 |
| 520-0 | M & T BANK |  | 11/16/2021 | 9012502 | $645.71 | $0.00 | $645.71 | 11/16/2021 |
| 520-0 | M & T BANK |  | 10/14/2021 | 9012249 | $645.71 | $0.00 | $645.71 | 10/14/2021 |
| 520-0 | M & T BANK |  | 09/14/2021 | 9011998 | $664.81 | $0.00 | $664.81 | 09/14/2021 |
| 520-0 | M & T BANK |  | 08/18/2021 | 9011747 | $664.82 | $0.00 | $664.82 | 08/18/2021 |
| 520-0 | M & T BANK |  | 07/14/2021 | 9011479 | $664.80 | $0.00 | $664.80 | 07/14/2021 |
| 520-0 | M & T BANK |  | 06/16/2021 | 9011215 | $467.70 | $0.00 | $467.70 | 06/16/2021 |

Sub-totals: $6,491.65  $0.00  $6,491.65

Grand Total: $6,491.65  $0.00