**Fill in this information to identify the case:**

Debtor 1    Woodrow Paul Schmidt

Debtor 2    Cynthia Ann Schmidt
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number    17-01806 HWV

Form 4100R

# Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:**    MidFirst Bank                                **Court claim no.** (if known):    5-2

**Last 4 digits** of any number you use to identify the debtor's account:    1443
**Property address:**
   691 Silver Maple Circle
   Seven Valleys, PA 17360

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                              (a)         $ 20,217.25
b.  Total fees, charges, expenses, escrow, and costs outstanding:      + (b)         $ 40.00
c.  **Total.** Add lines a and b.                                          (c)         $ 20,257.25

Creditor asserts that the debtor(s) are contractually obligated for    12 / 01 / 2022
the postpetition payment(s) that first became due on:

Form 4100R                          Response to Notice of Final Cure Payment                          page 1

Case 1:17-bk-01806-HWV    Doc 119    Filed 08/09/23    Entered 08/09/23 17:19:04    Desc
Document ID: 0ba3c9fbcf3221b925e1c5018a97934111be031dcb25882aaf9479e677341775
                                Main Document    Page 1 of 7

| Debtor(s) | Woodrow Paul Schmidt and Cynthia Ann Schmidt | Case Number *(if known)*: 17-01806 HWV |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Brian C. Nicholas (Atty ID: 317240)
Brian Nicholas
09 Aug 2023, 15:27:00, EDT

Date   08/09/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                     Response to Notice of Final Cure Payment                     page 2

Case 1:17-bk-01806-HWV   Doc 119   Filed 08/09/23   Entered 08/09/23 17:19:04   Desc
Document ID: 0ba3c9fbcf3221b925e1c5018a97934111be031dcb25882aaf9479e677341755
Main Document   Page 2 of 7

# ESCROW RECONCILIATION

| POST-PETITION PAYMENTS DUE PER NoPC'S | | | | ACTUAL FUNDS RECEIVED | | | ACTUAL FUNDS APPLIED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Due | Amt Due | P&I | Escr | Payment Rcvd | Amt Rcvd | Payment Applied | P&I | Escrow | Escrow Difference | Post Susp |
| | | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| | | | | | 5/25/2017 | $2,256.10 | | | | 0.00 | 2,256.10 |
| 5/1/2017 | $2,256.10 | $1,428.96 | $827.14 | 7/7/2017 | $2,256.10 | $2,297.56 | $1,428.96 | $868.60 | (41.46) | 2,256.10 |
| 6/1/2017 | $2,256.10 | $1,428.96 | $827.14 | 8/4/2017 | $2,256.10 | $2,297.56 | $1,428.96 | $868.60 | (41.46) | 2,256.10 |
| | | | | * 9/15/17, to fees in PPFN | ($650.00) | | | | 0.00 | 1,606.10 |
| | | | | ** 9/15/17, to pre Escrow | ($671.68) | | | | 0.00 | 934.42 |
| | | | | ** 9/15/17, to pre I/c | ($809.50) | | | | 0.00 | 124.92 |
| | | | | ** 9/15/17, to pre prop insp fees | ($42.00) | | | | 0.00 | 82.92 |
| 7/1/2017 | $2,256.10 | $1,428.96 | $827.14 | 12/1/2017 | $2,256.10 | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 82.92 |
| 8/1/2017 | $2,256.10 | $1,428.96 | $827.14 | 1/5/2018 | $2,256.10 | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 82.92 |
| AO entered 6/11/18 for 10/1/17 - 6/1/18 (9 pyts) despite loan being due for 9/1/17, included 1031.00 atty f/c | | | | 6/29/18 for AO | $21,335.90 | | | | 0.00 | 21,418.82 |
| | | | | 7/02/18 to MFR f/c | ($1,031.00) | | | | 0.00 | 20,387.82 |
| 9/1/2017 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 18,131.72 |
| 10/1/2017 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 15,875.62 |
| 11/1/2017 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 13,619.52 |
| 12/1/2017 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 11,363.42 |
| 1/1/2018 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 9,107.32 |
| 2/1/2018 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 6,851.22 |
| 3/1/2018 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 4,595.12 |
| 4/1/2018 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 2,339.02 |
| 5/1/2018 | $2,256.10 | $1,428.96 | $827.14 | 7/2/2018 posted for AO | | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 82.92 |
| 6/1/2018 | $2,256.10 | $1,428.96 | $827.14 | 8/14/2018 | $2,311.20 | $2,256.10 | $1,428.96 | $827.14 | 0.00 | 138.02 |
| 7/1/2018 | $2,311.20 | $1,428.96 | $882.24 | 9/18/2018 | $2,311.20 | $2,256.10 | $1,428.96 | $827.14 | 55.10 | 138.02 |
| 8/1/2018 | $2,311.20 | $1,428.96 | $882.24 | 10/3/2018 | $2,311.20 | $2,256.10 | $1,428.96 | $827.14 | 55.10 | 138.02 |
| | | | | 11/15/2018 | $2,311.20 | | | | 0.00 | 2,449.22 |
| 9/1/2018 | $2,311.20 | $1,428.96 | $882.24 | 12/5/2018 | $4,633.27 | $2,256.10 | $1,428.96 | $827.14 | 55.10 | 4,771.29 |
| 10/1/2018 | $2,311.20 | $1,428.96 | $882.24 | | | $2,311.20 | $1,428.96 | $882.24 | 0.00 | 2,460.09 |
| 11/1/2018 | $2,311.20 | $1,428.96 | $882.24 | | | $2,311.20 | $1,428.96 | $882.24 | 0.00 | 148.89 |
| 12/1/2018 | $2,322.07 | $1,428.96 | $893.11 | 3/1/2019 | $3,000.00 | $2,311.20 | $1,428.96 | $882.24 | 10.87 | 826.82 |
| 1/1/2019 | $2,322.07 | $1,428.96 | $893.11 | 5/14/2019 | $2,400.00 | $2,311.20 | $1,428.96 | $882.24 | 10.87 | 904.75 |
| | | | | 7/16/2019 | $1,000.00 | | | | 0.00 | 1,904.75 |
| | | | | 8/28/2019 | $1,200.00 | | | | 0.00 | 3,104.75 |

| Date | Amount | Amount | Date | Amount | Amount | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 2/1/2019 | $2,322.07 | $1,428.96 | | | | | 10.87 | 782.68 |
| | | $893.11 | 9/10/2019 | | $2,311.20 | $1,428.96 | 0.00 | 1,582.68 |
| | | | 9/20/2019 | $800.00 | | $882.24 | 0.00 | 2,182.68 |
| 3/1/2019 | $2,322.07 | $1,428.96 | 11/1/2019 | $600.00 | | | 0.00 | -139.39 |
| | | $893.11 | 1/23/2020 | | $2,297.67 | $1,428.96 | 24.40 | 196.32 |
| | | | 1/28/2020 | $335.71 | | $868.71 | 0.00 | 196.32 |
| | | | | | | | 0.00 | 196.32 |
| 4/1/2019 | $2,322.07 | $1,428.96 | 2/6/2020 | $21,082.63 | | | 0.00 | 18,956.88 |
| 5/1/2019 | $2,322.07 | $1,428.96 | | | $2,322.07 | $1,428.96 | 0.00 | 16,634.81 |
| | | $893.11 | | | $2,322.07 | $1,428.96 | 0.00 | 14,312.74 |
| 6/1/2019 | $2,322.07 | $1,428.96 | | | $2,322.07 | $1,428.96 | 0.00 | 11,990.67 |
| 7/1/2019 | $2,322.07 | $1,428.96 | | | $2,322.07 | $1,428.96 | 0.00 | 9,668.60 |
| | | $893.11 | | | $2,322.07 | $1,428.96 | 0.00 | 7,346.53 |
| 8/1/2019 | $2,322.07 | $1,428.96 | | | $2,322.07 | $1,428.96 | 0.00 | 5,024.46 |
| 9/1/2019 | $2,322.07 | $1,428.96 | | | $2,322.07 | $1,428.96 | 0.00 | 4,972.32 |
| | | $893.11 | | | $2,322.07 | $1,428.96 | 0.00 | 2,702.39 |
| 10/1/2019 | $2,322.07 | $1,428.96 | 2/19/2020 | $2,269.93 | $2,322.07 | $1,428.96 | (52.14) | 432.46 |
| 11/1/2019 | $2,322.07 | $1,428.96 | 2/24/2020 | | $2,322.07 | $1,428.96 | (52.14) | 432.46 |
| | | $893.11 | 2/25/2020 | | $2,322.07 | $1,428.96 | (52.14) | 432.46 |
| 12/1/2019 | $2,322.07 | $1,428.96 | 3/11/2020 | $2,269.93 | $2,269.93 | $840.97 | 0.00 | 432.46 |
| 1/1/2020 | $2,269.93 | $1,428.96 | 4/6/2020 | $2,269.93 | $2,269.93 | $840.97 | 0.00 | 432.46 |
| | | $840.97 | 5/5/2020 | $2,269.93 | $2,269.93 | $840.97 | 0.00 | 432.46 |
| 2/1/2020 | $2,269.93 | $1,428.96 | 6/10/2020 | $2,269.93 | $2,269.93 | $840.97 | 0.00 | 432.46 |
| 3/1/2020 | $2,269.93 | $1,428.96 | 7/10/2020 | | $2,242.84 | $813.88 | 27.09 | 405.37 |
| | | $840.97 | 8/11/2020 | $2,242.84 | $2,242.84 | $813.88 | 0.00 | 405.37 |
| 4/1/2020 | $2,269.93 | $1,428.96 | 9/10/2020 | $2,242.84 | $2,242.84 | $813.88 | 0.00 | 405.37 |
| 5/1/2020 | $2,269.93 | $1,428.96 | 10/13/2020 | $2,242.84 | $2,242.84 | $813.88 | 0.00 | 405.37 |
| | | $840.97 | 11/24/2020 | $2,238.43 | $2,238.43 | $809.47 | 0.00 | 400.96 |
| 6/1/2020 | $2,269.93 | $1,428.96 | 12/23/2020 | $2,238.43 | $2,238.43 | $813.88 | 4.41 | 400.96 |
| 7/1/2020 | $2,242.84 | $1,428.96 | 1/26/2021 | $2,238.43 | $2,238.43 | $809.47 | (4.41) | 400.96 |
| | | $840.97 | 2/25/2021 | $2,238.43 | $2,238.43 | $813.88 | 0.00 | 400.96 |
| 8/1/2020 | $2,242.84 | $1,428.96 | 3/17/2021 | $2,238.43 | $2,238.43 | $809.47 | (4.41) | 400.96 |
| 9/1/2020 | $2,242.84 | $1,428.96 | 5/4/2021 | $2,238.43 | $2,238.43 | $809.47 | 0.00 | 400.96 |
| | | $813.88 | 6/15/2021 | $4,476.86 | $2,238.43 | $809.47 | 0.00 | 400.96 |
| 10/1/2020 | $2,242.84 | $1,428.96 | | | $2,238.43 | $809.47 | 0.00 | 2,639.39 |
| 11/1/2020 | $2,238.43 | $1,428.96 | 7/12/2021 | $2,238.43 | $2,238.43 | $809.47 | 0.00 | 400.96 |
| | | $813.88 | 9/21/2021 | $2,238.43 | $2,238.43 | $809.47 | 0.00 | 400.96 |
| 12/1/2020 | $2,238.43 | $1,428.96 | 10/25/2021 | $4,476.86 | $2,238.43 | $809.47 | 0.00 | 400.96 |
| 1/1/2021 | $2,238.43 | $1,428.96 | | | $2,238.43 | $809.47 | 0.00 | 2,639.39 |
| | | $809.47 | | | $2,238.43 | $809.47 | 0.00 | 400.96 |
| 2/1/2021 | $2,238.43 | $1,428.96 | 12/30/2021 | $4,526.59 | $2,238.43 | $809.47 | 0.00 | 2,689.12 |
| 3/1/2021 | $2,238.43 | $1,428.96 | | | $2,238.43 | $809.47 | 0.00 | 450.69 |
| | | $809.47 | | | $2,238.43 | $809.47 | 49.73 | 450.69 |
| 4/1/2021 | $2,238.43 | $1,428.96 | 4/4/2022 | $2,288.16 | $2,238.43 | $809.47 | 0.00 | 450.69 |
| 5/1/2021 | $2,238.43 | $1,428.96 | | | | | | |
| | | $809.47 | | | | | | |
| 6/1/2021 | $2,238.43 | $1,428.96 | | | | | | |
| 7/1/2021 | $2,238.43 | $1,428.96 | | | | | | |
| | | $809.47 | | | | | | |
| 8/1/2021 | $2,238.43 | $1,428.96 | | | | | | |
| 9/1/2021 | $2,238.43 | $1,428.96 | | | | | | |
| | | $809.47 | | | | | | |
| 10/1/2021 | $2,238.43 | $1,428.96 | | | | | | |
| 11/1/2021 | $2,238.43 | $1,428.96 | | | | | | |
| | | $809.47 | | | | | | |
| 12/1/2021 | $2,288.16 | $1,428.96 | | | | | | |
| | | $859.20 | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Post arrears for 3 mos. appears to be 1/22 - 3/22) but loan was due for 12/21 at best) added to plan in motion to modify (3rd amended plan) | | | | | | | | | |
| | 4/1/2022 | $2,288.16 | $1,428.96 | $859.20 | | | | 0.00 | 450.69 |
| | 5/1/2022 | $2,288.16 | $1,428.96 | $859.20 | 5/20/2022 | $2,288.16 | $1,428.96 | $859.20 | 0.00 | 450.69 |
| | 6/1/2022 | $2,288.16 | $1,428.96 | $859.20 | 7/18/2022 | $2,288.16 | $1,428.96 | $859.20 | 0.00 | 450.69 |
| | 7/1/2022 | $2,288.16 | $1,428.96 | $859.20 | 9/1/2022 | $4,576.32 | $1,428.96 | $859.20 | 0.00 | 2,738.85 |
| | 8/1/2022 | $2,288.16 | $1,428.96 | $859.20 | 9/29/2022 | $2,288.16 | $1,428.96 | $859.20 | 0.00 | 450.69 |
| | | | | | 10/14/2022 credit to loan from prior servicer | $492.14 | | | 0.00 | 450.69 |
| | 9/1/2022 | $2,288.16 | $1,428.96 | $859.20 | 12/1/2022 | $2,288.16 | $1,428.96 | $859.20 | 0.00 | 942.83 |
| | 10/1/2022 | $2,288.16 | $1,428.96 | $859.20 | 1/27/2023 | $2,370.27 | $1,428.96 | $859.20 | 0.00 | 942.83 |
| | 11/1/2022 | $2,288.16 | $1,428.96 | $859.20 | 2/17/2023 | $2,370.27 | $1,428.96 | $859.20 | 0.00 | 1,024.94 |
| | 12/1/2022 | $2,370.27 | $1,428.96 | $941.31 | 4/5/2023 | $2,370.27 | $1,428.96 | $859.20 | 82.11 | 1,107.05 |
| | 1/1/2023 | $2,370.27 | $1,428.96 | $941.31 | | | | | 0.00 | 1,107.05 |
| | 2/1/2023 | $2,370.27 | $1,428.96 | $941.31 | | | | | 0.00 | 1,107.05 |
| | 2/1/2023 | $2,370.27 | $1,428.96 | $941.31 | | | | | 0.00 | 1,107.05 |
| | 3/1/2023 | $2,370.27 | $1,428.96 | $941.31 | | | | | 0.00 | 1,107.05 |
| | 4/1/2023 | $2,370.27 | $1,428.96 | $941.31 | | | | | 0.00 | 1,107.05 |
| | 5/1/2023 | $2,370.27 | $1,428.96 | $941.31 | | | | | 0.00 | 1,107.05 |
| | | | | | | | | | 0.00 | 1,107.05 |
| | | | | | | | | | 0.00 | 1,107.05 |
| TOTALS | | 152,273.14 | | | | TOTALS | 92,882.40 | 54,942.02 | 137.49 | 1,107.05 |

Pls reverse the last contractual pyt posted by prior servicer on 4/26/23 IAO $2288.16, then combine to 1115.18 in H bkt and apply 239.97 to Escrow bal and apply 1 post petition pyt @ 2370.27 and 259.96 to 9 bkt and 533.14 to pre*.

Advancing $157.86 as $650 was paid from debtor funds in error, but $492.14 was credited by prior serv. 10/14/22, a difference of 157.86.

Reversing pyt from pre @ 2288.16 to apply to reimburse the 1523.18 taken from post back on 9/15/17 to pay pre items.

**NOTE: On a final post pay history, we would not show the yellow highlighted items above (i.e., the transactions on 9/15/17 and the one on 10/14/22).

| | |
|---|---|
| POST SUSPENSE | $1,107.05 |
| POST ESCROW ADJUSTMENT | $137.49 |
| PRE SUSPENSE | ($257.02) |
| PRE-PETITION ESCROW ADJUSTMENT | $127.66 |
| AGREED ORDER SUSPENSE | $0.00 |
| A-O ESCROW ADJUSTMENT | $0.00 |
| Running Contractual Suspense | $1,115.18 |

Total Amount Needed from Escrow: $0.00

| Payment Changes | Total | P&I | Escrow |
|---|---|---|---|
| 5/1/2017 | $2,256.10 | $1,428.96 | $827.14 |
| 7/1/2018 | $2,311.20 | $1,428.96 | $882.24 |
| 12/1/2018 | $2,322.07 | $1,428.96 | $893.11 |
| 12/1/2019 | $2,269.93 | $1,428.96 | $840.97 |
| 8/1/2020 | $2,242.84 | $1,428.96 | $813.88 |
| 12/1/2020 | $2,238.43 | $1,428.96 | $809.47 |
| 12/1/2021 | $2,288.16 | $1,428.96 | $859.20 |
| 12/1/2022 | $2,370.27 | $1,428.96 | $941.31 |

| Total Amount to Apply to Escrow: | $137.49 | plus 102.48 on pre tab is 239.97 |
| --- | --- | --- |
| Total Amount to Apply to Post * | $1,107.05 | |
| Total: | $1,244.54 | |

| POST PETITION DUE DATE BALANCING | |
| --- | --- |
| Contractual Due Date | 1/1/1980 |
| Remaining payments in plan | 0 |
| Remaining agreed order payments | 0 |
| Post Petition Payment | 1/1/1980 |

| 866 CIT | |
| --- | --- |
| FUNDS FROM H BUCKET | $0.00 |
| FUNDS FROM U BUCKET | $0.00 |
| FUNDS FROM 9 BUCKET | $0.00 |
| FUNDS FROM X BUCKET | $0.00 |
| FUNDS FROM ESCROW | $0.00 |
| FUNDS TO ESCROW | $0.00 |
| FUNDS TO PRE* | $0.00 |
| FUNDS TO POST* | $0.00 |
| FUNDS TO POST PAYMENT | $0.00 |
| FUNDS TO POST PAYMENT | $0.00 |
| SHOULD TOTAL ZERO* | $0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia Ann Schmidt<br>Woodrow Paul Schmidt, Jr.<br>    Debtor(s)<br><br>MidFirst Bank<br>    Movant<br>    vs.<br><br>Cynthia Ann Schmidt<br>Woodrow Paul Schmidt, Jr.<br>    Debtor(s)<br><br>Jack N. Zaharopoulos,<br>    Trustee | BK NO. 17-01806 HWV<br><br>Chapter 13<br><br>Related to Claim No. 5-2 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 9, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Cynthia Ann Schmidt
691 Silver Maple Circle
Seven Valleys, PA 17360

Woodrow Paul Schmidt JR
691 Silver Maple Circle
Seven Valleys, PA 17360

Attorney for Debtor(s) (via ECF)
Dawn Marie Cutaia
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: August 9, 2023

                                        */s/ Brian C. Nicholas*
                                      Brian C. Nicholas Esquire
                                      Attorney I.D. 317240
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      bnicholas@kmllawgroup.com